United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15573-elf |
| Edwin L. Hinkle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Edwin L. Hinkle, 163 S. Front Street, Souderton, PA 18964-1524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES W. CAMPBELL | on behalf of Debtor Edwin L. Hinkle cwcampbell3@gmail.com Campbelldoc301@gmail.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Souderton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC mclark@squirelaw.com |
| PHILIP G. CURTIN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com  mary@pcdlaw.com

REBECCA ANN SOLARZ

on behalf of Creditor U S Bank Trust National association not in its indivdual capacity but solely as Onwer Trsutee for VRMTG Asset Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Edwin L. Hinkle<br>_Debtor_ | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>_Movant_<br>vs. | NO. 18-15573 ELF |
| Edwin L. Hinkle<br>_Debtor_ | 11 U.S.C. Section 362 |
| Kenneth E. West, Esquire<br>_Trustee_ | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$13,734.06** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | April 2021 at $1,658.83/month<br>May 2021 to November 2021 at $1,652.82/month |
| Suspense Balance: | $732.51 |
| Fees & Costs Relating to Motion: | $1,238.00 |
| **Total Post-Petition Arrears** | **$13,734.06** |

2. The Debtor shall cure said arrearages in the following manner:

    a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$13,734.06.**

    b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$13,734.06** along with the pre-petition arrears;

    c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due December 1, 2021 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,652.82 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.


Date:   November 2, 2021                    By: *Rebecca A. Solarz, Esquire*
                                                Attorney for Movant



Date: 11/24/2021                            /S/ CHARLES W. CAMPBELL
                                            Charles W. Campbell, Esquire
                                            Attorney for Debtor

*No objection to its terms, without prejudice to any of our rights and remedies*

Date: *November 30, 2021*    /s/ *LeRoy W. Etheridge, Esquire, for\**
Kenneth E. West, Esquire
Chapter 13 Trustee

# O R D E R

Approved by the Court this  2nd  day of  December , 2021. However, the court retains discretion regarding entry of any further order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**