United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15573-elf |
| Edwin L. Hinkle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Edwin L. Hinkle, 163 S. Front Street, Souderton, PA 18964-1524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022                     Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES W. CAMPBELL | on behalf of Debtor Edwin L. Hinkle cwcampbell3@gmail.com Campbelldoc301@gmail.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Souderton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC mclark@squirelaw.com |
| PHILIP G. CURTIN | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com  mary@pcdlaw.com

REBECCA ANN SOLARZ

on behalf of Creditor U S Bank Trust National association not in its indivdual capacity but solely as Onwer Trsutee for VRMTG Asset Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWIN L. HINKLE, Debtor                : NO. 18-15573 ELF

**ORDER**

AND NOW, this 28th day of January, 2022, upon consideration of the application for additional compensation of Charles W. Campbell, attorney for debtor, and any answer thereto, it is ORDERED that said application is granted and Mr. Campbell is allowed additional compensation of $4,000.00) for services rendered to debtor after 11/5/2019 as an administrative priority claim, payable from the plan payments received by the Chapter 13 Trustee.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**