# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edwin L. Hinkle
                Debtor(s)

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
                v.
Edwin L. Hinkle
                and
Kenneth E. West Esq.
                Trustee

Chapter 13

NO. 18-15573 ELF

## ORDER

AND NOW, this 10th day of May, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 2, 2021 it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 163 South Front Street Souderton, PA 18964.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                  **ERIC L. FRANK**
                                                  **U.S. BANKRUPTCY JUDGE**