United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 18-15573-elf

Edwin L. Hinkle                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Edwin L. Hinkle, 163 S. Front Street, Souderton, PA 18964-1524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES W. CAMPBELL | on behalf of Debtor Edwin L. Hinkle cwcampbell3@gmail.com  Campbelldoc301@gmail.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Souderton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC mclark@squirelaw.com |
| PHILIP G. CURTIN | on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com  mary@pcdlaw.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: May 10, 2022                       Form ID: pdf900                                Total Noticed: 1

REBECCA ANN SOLARZ

     on behalf of Creditor U S Bank Trust National association not in its indivdual capacity but solely as Onwer Trsutee for VRMTG
Asset Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

     on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edwin L. Hinkle

                       Debtor(s)

_____

US Bank Trust National Association, Not In Its
Individual Capacity But Solely As Owner
Trustee For VRMTG Asset Trust

                       v.

Edwin L. Hinkle

                    and

Kenneth E. West Esq.

                 Trustee

Chapter 13

NO. 18-15573 ELF

## ORDER

AND NOW, this 10th day of May , 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 2, 2021 it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 163 South Front Street Souderton, PA 18964.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**