# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-15573-ELF

EDWIN L HINKLE

163 S FRONT ST

SOUDERTON, PA 18964

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN L HINKLE

    163 S FRONT ST

    SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

    CHARLES W. CAMPBELL
    43 EAST MARSHALL STREET

    NORRISTOWN, PA 19401-

Date: 6/14/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee