# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15573-amc

EDWIN L HINKLE

163 S FRONT ST

SOUDERTON, PA 18964

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  EDWIN L HINKLE

  163 S FRONT ST

  SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

  CHARLES W. CAMPBELL, ESQ
  1 EAST AIRY STREET

  NORRISTOWN, PA 19401-

Date: 5/9/2023

        /S/ Kenneth E. West
        _____
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee