Certificate Number: 06761-PAE-DE-037690566

Bankruptcy Case Number: 18-15573



06761-PAE-DE-037690566

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 15, 2023</u>, at <u>10:55</u> o'clock <u>PM EDT</u>, <u>Edwin Hinkle</u> completed a course on personal financial management given <u>by internet</u> by <u>$$ Bankruptcy Debtor Education</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 18, 2023</u>         By:   <u>/s/Helen L. Cagle</u>

                                        Name:   <u>Helen L. Cagle</u>

                                        Title:   <u>Manager</u>