United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-15573-amc
Edwin L. Hinkle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 13, 2024      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edwin L. Hinkle, 163 S. Front Street, Souderton, PA 18964-1524 |
| 14222915 | + | Borough of Souderton, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14221954 | + | Borough of Souderton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14281024 | | Diamond Credit Union, c/o Philip G. Curtin, Esq., Philips, Curtin & DiGiacomo, 1231 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 14197668 | | Diane M. Boehret, Esq., 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |
| 14197669 | | Lancaster Collection, 218 W Orange St, Lancaster, PA 17603-3746 |
| 14197671 | | Peter Wapner, Esq., 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14412516 | #+ | Specialized Loan Servicing, LLC, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14638286 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14218687 | + | Wells Fargo Bank, NA, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14197665 | + | Email/Text: bankruptcy@cbtno.com | Feb 14 2024 00:23:00 | Crescent Bank, 5401 Jefferson Hwy, New Orleans, LA 70123-4232 |
| 14197667 | | Email/Text: bankruptcy@diamondcu.com | Feb 14 2024 00:23:00 | Diamond Federal Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14197666 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2024 00:23:00 | Department of the Treasury, IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14199652 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2024 00:36:18 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14197670 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 14 2024 00:23:00 | PECO Energy, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14207018 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14396761 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 14 2024 00:23:00 | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Valley, CO 80111-4720 |
| 14571717 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 14 2024 00:23:00 | Specialized Loan Servicing LLC, 6200 S. Quebec |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | St., Greenwood Village, Colorado 80111-4720 |
| 14192570 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2024 00:36:24 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14584865 | ^ | MEBN | Feb 14 2024 00:20:01 | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14668381 | ^ | MEBN | Feb 14 2024 00:20:02 | US Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14638059 | ^ | MEBN | Feb 14 2024 00:20:09 | US Bank Trust National Association, Not In Its Ind, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14219167 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2024 00:36:13 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES W. CAMPBELL | on behalf of Debtor Edwin L. Hinkle cwcampbell3@gmail.com  Campbelldoc301@gmail.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Souderton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

Case 18-15573-amc    Doc 202    Filed 02/15/24    Entered 02/16/24 00:36:01    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

KEVIN S. FRANKEL
                on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com

MARIO J. HANYON
                on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
                on behalf of Creditor U S Bank Trust National association not in its indivdual capacity but solely as Onwer Trsutee for VRMTG Asset Trust bkgroup@kmllawgroup.com

MARK A. CRONIN
                on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
                on behalf of Creditor SPECIALIZED LOAN SERVICING LLC mclark@squirelaw.com

PHILIP G. CURTIN
                on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com  mary@pcdlaw.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edwin L. Hinkle

    Debtor(s)

Case No: 18−15573−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/13/24

201 − 197
Form 138OBJ